# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

   v.

**MICHAEL ISAACS,**

   Defendant.

Case No. 7:12-CR-40 (HL)

## ORDER

This case is before the Court on Defendant's Motion to Dismiss Charges (Doc. 17).

It is not necessary to address the merits of Defendant's motion because he is not permitted to file any motions pro se while he is represented by counsel. "A district court has no obligation to entertain pro se motions filed by a represented party." Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001). The Court declines to consider, and consequently denies, Defendant's motion. Defendant should raise any concerns with his counsel, rather than filing motions with the Court.

**SO ORDERED**, this the 29th day of January, 2013.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh