IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.: 7:12-CR-00040-HL-TQL-1 |
| MICHAEL ISAACS | |

## ORDER ON JOIN MOTION TO CONTINUE TRIAL

Defendant, Michael Isaacs, has moved the Court to continue the trial set for March 4, 2013. The Government does not oppose the continuance. Counsel has obtained an expert to conduct a psychological evaluation of Mr. Isaacs. The defense expert is scheduled to begin his evaluation of Mr. Isaac on March 4, 2013. Accordingly, additional time is needed for the defense expert to complete his psychological evaluation of Mr. Isaacs. The Court finds that it is in the interests of justice to allow the Defendant a continuance and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion to Continue Trial [Doc. 21] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 15th day of February 2013.

s/Hugh Lawson
HUGH LAWSON
SENIOR UNITED STATES DISTRICT COURT