**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 7:12-CR-40 (HL) |
| **MICHAEL ISAACS,** | |
| Defendant. | |

**ORDER**

The Court's order (Doc. 33) granting the Government's Motion for Psychiatric Evaluation is amended to reflect that the evaluation of Defendant may be performed by a psychiatrist, psychologist, or otherwise qualified individual as the Bureau of Prisons has available. All other provisions of the previous order remain in effect.

**SO ORDERED**, this the 21st day of May, 2013.

          *s/ Hugh Lawson*
          **HUGH LAWSON, SENIOR JUDGE**

mbh