# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**MICHAEL ISAACS,**

    Defendant.

Case No. 7:12-CR-40 (HL)

## ORDER

This case is before the Court on Defendant's Motion for Evidence (Doc. 55). Because Defendant is represented by counsel, his motion is denied. However, defense counsel is ordered to confer with Defendant and provide him with copies of the requested documents. The Court again instructs Defendant to raise his concerns with counsel, rather than filing motions with the Court.

**SO ORDERED**, this the 18th day of October, 2013.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh