# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**MICHAEL ISAACS,**

    Defendant.

Case No. 7:12-CR-40 (HL)

## ORDER

This case is before the Court on the parties' Joint Motion to Continue in the Interest of Justice (Doc. 62). The motion is granted as outlined below.

On October 2, 2013, the Court entered an order pursuant to 18 U.S.C. § 4241 and §§ 4247(b) and (c) stating that Defendant was to undergo a psychiatric or psychological examination to determine his mental condition at the time of the offense he stands accused of committing. Defendant was placed in the custody of the Bureau of Prisons at Butner FCI for a period of 30 days beginning on November 19, 2013. While Defendant has been released from Butner FCI, the Court has not yet received the report outlining the examiner's findings and has not yet held a competency hearing.

Upon consideration, the Court finds that the ends of justice served by granting a continuance outweigh the interests of the public and Defendant to a speedy trial. The Court further finds that failure to grant a continuance could result in the miscarriage of justice and would deny counsel the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, this case is continued to the trial term currently scheduled to begin on March 31, 2014, with a pretrial conference to be held on March 17, 2014. Once the Court receives the examination report, it will schedule a competency hearing, which will be conducted pursuant to the provisions of 18 U.S.C. § 4247(d).

Any delay occasioned by this continuance is deemed excludable delay pursuant to 18 U.S.C. § 3161(h).

**SO ORDERED,** this 10th day of January, 2014.

                                *s/ Hugh Lawson*
                                **HUGH LAWSON, SENIOR JUDGE**

mbh